UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ABEL RONDAN HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAS VEGAS CITY,<br><br>　　　　Defendant. | Case No. 2:22-cv-01961-ART-EJY<br><br>**ORDER** |

U.S. District Court for the District of Nevada Local Rule IA 3-1 requires a "pro se party … [to] immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. … Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.  Plaintiff is no longer at the address on file with the Court (*see* ECF No. 11) and has not filed an updated address as required by the Local Rule.

Accordingly, IT IS HEREBY ORDERED that no later than **April 17, 2023** Plaintiff must file an updated address with the Court.

IT IS FURTHER ORDERED that the Clerk of the Court must send courtesy copies of this Order, and the Report and Recommendation at ECF No. 10, to Plaintiff at the High Desert State Prison address where it appears he is housed as indicated on the envelope attached to Plaintiff's First Amended Complaint (ECF No. 9).

IT IS FURTHER ORDERED that Plaintiff's failure to comply with this Order will result in a recommendation to dismiss this case without prejudice.

DATED this 16th day of March, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE