UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ABEL RONDAN HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS CITY,<br><br>Defendant. | Case No. 2:22-cv-01961-ART-EJY<br><br>**ORDER** |

On March 2, 2023, the Court issued a Report and Recommendation to dismiss Plaintiff's First Amended Complaint without prejudice. ECF No. 10. On March 13, 2023, Plaintiff's mail was returned as undeliverable. ECF No. 11. On March 16, 2023, the Court issued an Order directing Plaintiff to file an updated address no later than April 17, 2023. ECF No. 12. The Court also instructed the Clerk of Court to send courtesy copies of the Order and the Report and Recommendation (ECF No. 10) to Plaintiff at High Desert State Prison. *Id.* Plaintiff's mail again was returned as undeliverable. ECF Nos. 13, 14. Plaintiff's mail at ECF No. 14 noted "… [Plaintiff] is housed at SDCC."

U.S. District Court for the District of Nevada Local Rule IA 3-1 requires a "pro se party … [to] immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. … Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.

Accordingly, IT IS HEREBY ORDERED that Plaintiff is provided **one more opportunity to submit an updated address to the Court**. This **must** be filed no later than **May 11, 2023**.

IT IS FURTHER ORDERED that the Clerk of the Court **must** send courtesy copies of this Order and the Report and Recommendation at ECF No. 10 to Plaintiff at the Southern Desert Correctional Center address where it appears he is housed as indicated on Plaintiff's returned mail (ECF No. 14).

IT IS FURTHER ORDERED that Plaintiff's failure to comply with this Order will result in a recommendation to dismiss this case without prejudice.

DATED this 12th day of April, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2