UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ABEL RONDAN HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAS VEGAS CITY,<br><br>　　　　Defendant. | Case No. 2:22-cv-01961-ART-EJY<br><br>**ORDER** |

On October 31, 2023, the Court entered an Order to Show Cause why this matter should not be dismissed for failure to file a third amended complaint. ECF No. 25. The Order was returned as undeliverable because Plaintiff was released on parole. ECF No. 26. Plaintiff has not updated his address with the Court in violation of U.S. District Court for the District of Nevada Local Rule IA 3-1. This Rule states a "pro se party … [to] immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. … Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.

Accordingly, IT IS HEREBY ORDERED that no later than **November 20, 2023**, Plaintiff must file a notice advising the Court of his current address.

IT IS FURTHER ORDERED that consistent with the Order to Show Cause, failure to comply will result in a recommendation to dismiss this case without prejudice.

DATED this 1st day of November, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE